**150** MERRIMAN vs. CIRCUIT JUDGE (Jackson), No. 13329, 95 M., 277.

To compel the dismissal of an appeal from Probate Court.

Granted April 7, 1893, with costs.

Held, that Act No. 174, Laws of 1887, 3 How. Stat., Sec. 6783, which requires the filing in the circuit of a certified copy of the record of proceedings appealed from, within thirty days after the appeal is taken, is mandatory.

**151** PRICE vs. CIRCUIT JUDGE (Wayne), No. 15873.

To reinstate an appeal from the report of commissioners on claims, which was dismissed because a certified copy of the record of the proceedings appealed from had not been filed within thirty days after appeal taken.

Denied November 12, 1896, with costs.

**152** GORTON vs. CIRCUIT JUDGE (Livingston), No. 13773, 97 M., 561.

To vacate an order dismissing an appeal from the Probate Court.

Granted November 24, 1893. Ruled by Snyder vs. Circuit Judge, 80 M., 511, No. 149.

Held, that it was not intended by Merriman vs. Circuit Judge, 95 M., 277 (144), to hold that the failure to perfect an appeal from Probate Court within thirty days limited by Act. No. 174, Laws of 1887, might not be waived, nor to overrule Snyder vs. Circuit Judge.